**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1380**

FRANKLIN BASNIGHT,

Plaintiff - Appellant,

versus

HAMPTON ROADS SHIPPING ASSOCIATION,
International Longshoremen's Association
Fringe Benefit Escrow Fund's (HRSA-ILA Fund);
MANAGEMENT; JOHN CALVERT BOWERS, President,
International Longshoremen's Association,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Walter D. Kelley, Jr., District
Judge. (2:04-cv-00782-WDK)

Submitted: August 3, 2007          Decided: August 30, 2007

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Franklin Basnight, Appellant Pro Se. Dean Taylor Buckius,
VANDEVENTER & BLACK, LLP, Norfolk, Virginia; David Andrew Buzard,
GLASSER & GLASSER, Norfolk, Virginia; John P. Sheridan, GLEASON,
MARRINAN & MAZOLA MARDON, PC, New York, New York; Carroll Arthur
Rutter, Jr., RUTTER & MILLS, LLP, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Basnight appeals the district court's order adopting in part and modifying in part the magistrate judge's report and recommendation to dismiss his hybrid action under the Labor Management Relations Act of 1947, 29 U.S.C. § 185 (2000), and the National Labor Relations Act, 29 U.S.C. §§ 151-169 (2000), and dismissing all pending motions as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Basnight v. Hampton Roads Shipping Ass'n, No. 2:04-cv-00782-WDK (E.D. Va. filed March 21, 2007; entered March 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED